1026

[No. 24239-1-III. Division Three. August 3, 2006.]

MARK RIFFEL, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-05372-7, Gregory D. Sypolt, J., entered May 18, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kato, J.

[Nos. 31645-5-II; 31743-5-II. Division Two. August 4, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP VICTOR HICKS ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 01-1-02238-7 and 01-1-02239-5, Thomas Felnagle, J., entered April 16, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[Nos. 32776-7-II; 33542-5-II. Division Two. August 4, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JODIE DEREK GRAGG, *Appellant*.

*In the Matter of the Personal Restraint of* JODIE DEREK GRAGG, *Petitioner*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00472-4, David E. Foscue, J., entered January 10, 2006, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.